

**ORDERED in the Southern District of Florida on January 22, 2007.**

                                                                    _____
                                                                    **Robert A. Mark, Judge**
                                                                    **United States Bankruptcy Court**

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
```

|  |  |
|---|---|
| In re | CASE NO. 05-11395-BKC-RAM |
|  | CHAPTER 7 |
| KYLE RABIN, |  |
|          Debtor. |  |
|  |  |
| BLAIR 11D CONDO, LLC, a Florida limited liability company, |  |
|          Plaintiff, |  |
| vs. | ADV. NO. 05-6098-BKC-RAM-A |
| KYLE RABIN, |  |
|          Defendant. |  |

### AMENDED FINAL JUDGMENT

In accordance with this Court's January 22, 2007 Order Granting Defendant's Motion for Rehearing, it is -

**ORDERED AND ADJUDGED** as follows:

1. The Final Judgment entered in this proceeding on July 28, 2006 (CP# 24) is vacated.

2. Judgment is entered in favor of the Defendant and against the Plaintiff on Count II of the Complaint. The real estate contract subject of the Complaint (the "Contract") was an executory contract deemed rejected under 11 U.S.C. §365(d)(1).

3. Judgment is entered in favor of the Defendant and against the Plaintiff on Count III of the Complaint. Plaintiff's alleged right to specific performance of the Contract was a claim discharged in the Defendant's bankruptcy case.

4. Judgment is entered in favor of the Defendant and against the Plaintiff on Count IV of the Complaint. The condominium subject of the Contract was property of the estate upon the filing of the case, albeit property claimed as exempt.

###

COPIES FURNISHED TO:

Michael A. Frank, Esq.
10 N.W. LeJeune Road, Suite 620
Miami, Florida 33126
(Counsel for Defendant)

Michael P. Shienvold, Esq.
18901 N.E. 29th Avenue, Suite 100
Aventura, Florida 33180
(Counsel for Plaintiff)